UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60118-CR-ZLOCH/HUNT

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SHADDY WHITTAKER,

   Defendant.
_____/

**ORDER**

THIS CAUSE having come before the Court on the Federal Public Defender's Motion to Appoint the Federal Public Defender, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Appoint the Federal Public Defender is **GRANTED**. The Federal Public Defender is appointed to represent the defendant Shaddy Whittaker.

DONE AND ORDERED at Fort Lauderdale, Florida this 14th day of February 2019.

               _____
               HONORABLE PATRICK M. HUNT
               UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record